Certificate Number: 05781-AZ-DE-041495797

Bankruptcy Case Number: 26-09726

05781-AZ-DE-041495797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 12:40 o'clock PM PDT, Sandra Pollock completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: September 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President